FILED
CLERK, U.S. DISTRICT COURT

Jan 9, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_\_ DEPUTY

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Thomas C. Seabaugh (Bar No. 272458)
tseabaugh@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

LAW OFFICES OF SABBAH & MACKOUL
Mark S. Sabbah, Esq. (SBN 141058)
116 N. Vineyard, 1st Floor
Ontario, CA 91737
Telephone: (909) 605-1919
Facsimile: (909) 605-6565

*Attorneys for Plaintiffs*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.B., a minor, by and through his *guardian ad litem* Yvette Garcia, individually and as a successor in interest to Adam I. Bosch, deceased; and JENNIFER BOSCH, IGNATZ BOSCH, and MARISSA HOLLAND, in each case individually<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF RIVERSIDE and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 13-cv-02352 SVW (FFMx)<br><br>[PROPOSED] ORDER REGARDING DISMISSAL |

1                               <u>Proposed Order</u>

2        Before the court is a joint stipulation among the parties. The parties agree to the

3 dismissal of this action. Good cause appearing, the Court adopts the parties' stipulation

4 and dismisses this action with prejudice.

5        IT IS SO ORDERED.

6

7 Dated: January 9, 2015

8                             By: _____

9                                Hon. Stephen V. Wilson

10                               United States District Judge